ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JUNZHE ZHAO,<br><br>               Defendant. | Case No. 1:26-po-00100-SAB<br><br>[Citation # E1463447 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00100-SAB [Citation # E1463447 CA/74] against JUNZHE ZHAO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 9, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:  /s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00100-SAB [Citation # E1463447 CA/74] against JUNZHE ZHAO is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Zhao
Case No. 1:26-po-00100-SAB